```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                      CASE NO. 06 B 02492
    ANNA V FISHER WILKINS
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

        Debtor
    SSN XXX-XX-0538


------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
    The case was filed on 03/14/2006 and was confirmed 05/17/2006.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors  32.69%.

    The case was converted to chapter 7 after confirmation 12/12/2007.
------------------------------------------------------------------------------
CREDITOR NAME               CLASS           CLAIM AMOUNT    INTEREST    PRINCIPAL
                                                              PAID        PAID
------------------------------------------------------------------------------
GMAC MORTGAGE               CURRENT MORTG          .00          .00    12052.19
GMAC MORTGAGE               MORTGAGE ARRE       782.64          .00      464.74
INTERNAL REVENUE SERVICE    PRIORITY         NOT FILED          .00         .00
IRS TAX DIVISION            NOTICE ONLY      NOT FILED          .00         .00
UNITED STATES ATTORNEY      NOTICE ONLY      NOT FILED          .00         .00
ECAST SETTLEMENT CORP       UNSECURED          6256.20          .00     1194.48
CAPITAL ONE                 UNSECURED           654.78          .00      115.76
CAPITAL ONE                 UNSECURED           617.61          .00      109.20
B-REAL LLC                  UNSECURED          1102.61          .00      210.52
RESURGENT CAPITAL SERVIC    UNSECURED          4103.52          .00      783.49
FORD MOTOR CREDIT           UNSECURED          2551.58          .00      487.15
GMAC                        UNSECURED         NOT FILED          .00         .00
ECAST SETTLEMENT CORP       UNSECURED          4857.38          .00      927.40
MARSHALL FIELDS             UNSECURED           501.61          .00       81.70
PEOPLES GAS LIGHT & COKE    UNSECURED          2538.67          .00      484.70
SPRINT                      UNSECURED         NOT FILED          .00         .00
DISTRICT COUNSEL            NOTICE ONLY      NOT FILED          .00         .00
ILLINOIS DEPT OF REVENUE    PRIORITY         NOT FILED          .00         .00
ILLINOIS DEPT OF REVENUE    PRIORITY         NOT FILED          .00         .00
TIMOTHY K LIOU              DEBTOR ATTY       1,957.20                  1,957.20
TOM VAUGHN                  TRUSTEE                                     1,119.47
DEBTOR REFUND               REFUND                                          .00

    Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                        RECEIPTS          DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                19,988.00

PRIORITY                                           .00
SECURED                                      12,516.93
UNSECURED                                     4,394.40

                PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 06 B 02492 ANNA V FISHER WILKINS
```

```
ADMINISTRATIVE                                                  1,957.20
TRUSTEE COMPENSATION                                            1,119.47
DEBTOR REFUND                                                        .00
                                      ---------------    ---------------
TOTALS                                      19,988.00          19,988.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
   Dated: 03/25/08                 _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE